UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

-against-

RSG CONSTRUCTION CORP.,

Respondent.

22 CV 2072 (JGK)

**ORDER AND JUDGMENT**

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the December 29, 2021 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Ordering Respondent to make its books and records available to Petitioners for an audit within thirty (30) days of this order and judgment, in accordance with the Award;
2. Awarding Petitioners $2,900 pursuant to the Award;
3. Awarding Petitioners $77 in costs arising out of this proceeding;
4. Awarding Petitioners $687.50 in attorneys' fees arising out of this proceeding; and
5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
         9/6, 2022

By: _____
         U.S.D.J.